United States District Court
Middle District Of Florida Jacksonville

Marquis Deon Gay         3:22-CV-1020-TJC-MCR
Nassau County Jail
76212 Nicholas Cutinha Road
Yulee, Florida 32097

FILED 2022 SEP 20 AM 10:20 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

Plaintiff

V.S                                   Civil No

Bill Leeper Sheriff
Nassau County Florida
76212 Nicholas Cutinha Road
Yulee, Florida 32097
Sued In His Individual And Official Capacity

Defendant

John Crawford Clerk
Nassau County Courthouse
76347 Veterans Way
Yulee Florida 32097
Sued In His Individual And Official Capacity

Defendant

Melissa Nelson State Attorney
Duval County Courthouse
501 Adams Street
Jacksonville Florida 32202
Sued In Her Individual And Offic Capacity

Defendant

Susan L. Haag Assistance Attorney
Nassau County Florida
76347 Veterans Way
Yulee Florida 32097
Sued In Her Individual And Official Capacity

Defendant

James Daniel Circuit Judge
Nassau County Courthouse
76347 Veterans Way
Yulee Florida 32097
Sued In His Individual And Official Capacity

Defendant

Each Defendants Sued In Their Individual And Official Capacity

## Complaint

Plaintiff Brings This Action Against Defendant To Redress Deprivation Of His Rights Secured By The Fourth, Fifth, Eighth And Fourteenth Amendments To The United State Constitution And State And Federal Laws

## Jurisdiction

Defendant Was Acting Under Color of State Law That Give This Court Jurisdiction Under Title 28 USC 1331, 1332 And 1343 (2) (3) As Well As 42 USC (1983) And State Laws

## Parties

Plaintiff All Times Material To This Complaint Was A Citizen of The United State And Resident of Atlanta, GA.

Defendant Bill Leeper Sheriff of Nassau County At All Times Material To This Complaint Was A Sheriff of Nassau County Florida Bill Leeper Is Being Sued Both Injunction And Individual And Official Capacity

Defendant John Crawford At All Times Material To This Complaint Was The Head Clerk of Nassau County Courthouse John Crawford Is Being Sued Both For Injunction Relief And Individual And Official Capacity.

Defendant Melissa Nelson At All Times Material To This Complaint Was The Head State Attorney For The Fourth Judicial Circuit State of Florida. She Is Being Sued For Both Injunction Relief And Individual And Official Capacity.

Defendant Susan Haag At All Times Material To This Complaint Was The State Prosecutor For Nassau County Florida She Is Being Sued For Injunction Relief And Individual And Official Capacity

Defendant James Daniel At All Times Material To This Complaint Was The Circuit Judge of Nassau County Florida He Is Being Sued For Injunction Relief And Individual And Official Capacity.

## Statement of Facts

Plaintiff Asserts He Was Arrested On September 2, 2020 By Nassau County Sheriff Department Along With His White Female Friend Nicolin Broderway Ms Broderway Who Was Driving Was Attempted To Be Stop By Nassau County Officer She (Ms Broderway) Lead Them On A Chase That Ended In A Crash Marquis Deon Gay Which Was A Passenger Fled And Later Caught Due To The Search Drugs And Guns Were Found

Plaintiff Asserts Ms Broderway Took Claim of Everything Found In The Car (Drugs And Guns) The Arresting Officer State "It Don't Work Like That" And Place A Gun (AR-15 Style Rifle) On The Passenger Side Laying On The Ground And When Mr Gay Was Apprehended Arresting Officer Place A Bag of The Drugs In His Pocket (Mr. Gay) And A Bag On The Ground By Where Mr Gay Was Found. That Was Did to Keep Ms Broderway From Claim Everything That Was In The Car.

Plaintiff Appeared Before Judge Daniel And Was Told That He (Judge Daniel) Can not Sentence Plaintiff (Marquis Gay) Under 10 years Mandatory Under Florida Statute But Ms Broderway A White Female Get 7 Years For This Same Case Who Have A Record The Same As Mr Gay Or Worser And She Stated Everything Was Hers But Mr Gay Being Black He Have To Do 10 Years Mandatory.

Plaintiff Went To Trial On August 10, 2022 Defendant John Crawford Head Clerk Had The Clerks To Pull 42 Jurors And Only (1) one Black African-American Citizen Defendant Judge Daniel And State Prosecutor Susan L. Haag Work In Collusion By Deprivens Plaintiff A Jury of His Peers Because He's Black And Place The Only Black Juror On The End Pool Seclection knowing Plaintiff Wouldn't Make It To Seclect Him. Cause He Was Black A Wrongful Malicious Act Was Committed Out-Side of All Jurisdiction of The Court There Was Discrimination In His Jury And lead To Due Process Under His Fourteen Amendment Sheriff Bill Leeper Reckless And Malicious Was The Person Involved In Plaintiff Injuries Denied Him A Jury of His Peers.

That Would Have Been Black Jurors Mr. Leeper Had Duty To See That Hilliard, Callahan, Yulee, And Ferndina Had A Equal Amount of Blacks As It Did Whites In Each Town Plaintiff Had A Right To Have A Equal Amount Blacks As Whites Jurors.

## Claims Against Sheriff

Plaintiff Reafirms And Alleges In The Statement of Facts In Count 13

Plaintiff Assert Sheriff Is Person Involve In Plaintiff Jury Discrimation When He Failed To See That His Deputies Served Subpaena To All Whites And 1 Black Out of The Whole District The Sheriff Willfully And Wanton Disreguard With Malicious And Reckless Caused Race Discrimation Plaintiff Being Black Denied Him A Jury of His Peers. The Law In Discrimation Was Well Established Under The Sixth And Fourteenth Amendment And Florida Constitation While Acting Under Color of State Law.

## Claims Against Clerk Of Court

Plaintiff Reafirms And Alleges In The Statement Of Facts In Count 14 Through 15

Plaintiff Asserts That The Clerk of Court Caused The Race Discrimation By Allowing His Clerks To Pick A Jury of Whites With Only 1 Black. United State Constitation Call For Minority On The Jury The Clerk Defendant John Crawford Reckless OR Malicious Cause Plaintiff To Not Have A Jury of His Peers. That Lead To The Conviction By Discrimation Was Very Well Establish By The United State Constitution While Acting Under Color of State Law

Claims Against Judge Daniel And State Attorney Susan Haag

Plaintiff Reaffirm And Alledge Statement of Facts Count 10-11

Defendants Judge Daniel And Said State Attorney Susan Haag Carry Out Collusion Or Conspircy Against Plaintiff Because He Was Black To Discriminate Against Him In His Jury Trial With One Black Out of 42 Jurors. Defendant Had knowledge With One Another That Plaintiff Jurors Was All White With One Black Hidden Last On The Jury A Prima Facie of Purposeful Discrimination In Selection of The Petit Jury. Defendant Showed Farther Discrimination When Judge Daniel Stated He Had To Give Plaintiff 10 years Mandatory And Nothing Lesser Do To Florida Statute. When Plaintiff Black And His White Female Friend Co-Defendant Claim All Contraband In The Vehicle Only Received 7 Years. Defendant Reckless And Malicious Discriminated Against Plaintiff Being Black To A Fair Jury Trial Law Was Very Establish By The United State Constitution Defendant Was Acting Under Color of State Law

Claims Against Defendant Melissa Nelson

Plaintiff Reaffirms And Alledge Statement of Facts 08 Through 11

Defendant Melissa Nelson Was Personal Involed In Plaintiff Injures She Is The Head State Attorney And Job Duty To Over See Her Assistant State Attorney Not To See Race Discrimination In Pulling The Petit Jurors In Nassau County That Because Mrs Nelson Malicious Misconduc By Allowing The Plaintiff To Be Tried In A All White Jury Because He Is A Black Man. Defendant Mrs Nelson Discriminated Reckless Acted Was Well Establish Under Plaintiff Sixth Amendment And Fourteenth Amendment of The United State Constitution And Under Color of State Law

## Plaintiff Seek Permanent Injunction Relief

Plaintiff ask the Court to grant him a injunction relief under both Section 1983 and Criminal Violation tittle 18 USC Section 241 and 242. Due to this law suit it be no retailiation or unlawful acts to Plaintiff. And no punishment on Plaintiff day of Sentence. this law Suit has nothing to do with Jury finding Plaintiff guilty, this Suit is for race discrimination

In the goodnes of Justice Plaintiff Pray that this injunction is granted

## Relief

Plaintiff seeks five (5) million dollars against defendants and Punitive damages in the sum of two (2) million dollars and appointment of Counsel

Respectfully Submitted.

Marquis D. Gay
76212 ~~Address~~
Nicholas Cutinha rd
Yulee, Fl 32097

I hereby Certify the Statement is Order out and to the best of my knowledge

*M. Gay*